```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 12881
    LUZVIDA C ECHIVERRI
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8394

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/20/2008 and was not confirmed.

    The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
AUTO TITLE LOAN STORE OF  SECURED VEHIC      828.03             .00              .00
JP MORGAN CHASE BANK      UNSECURED        NOT FILED            .00              .00
VICTOR M ALCALDE MD       UNSECURED        NOT FILED            .00              .00
CITIMORTGAGE INC          UNSECURED        NOT FILED            .00              .00
AT&T/SBC/ILLINOIS FACC    UNSECURED        NOT FILED            .00              .00
FORD MOTOR CREDIT         UNSECURED         11531.90            .00              .00
TCF NATIONAL BANK         UNSECURED        NOT FILED            .00              .00
GAND VICTORIA CASINO      UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         14182.57            .00              .00
MAGES & PRICE             UNSECURED          9301.67            .00              .00
SBC                       UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY           8989.21            .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,224.50                        1,020.80
TOM VAUGHN                TRUSTEE                                              79.20
DEBTOR REFUND             REFUND                                              275.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,375.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,020.80
TRUSTEE COMPENSATION                            79.20
DEBTOR REFUND                                  275.00
                    ---------------      ---------------
TOTALS               1,375.00                1,375.00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 12881 LUZVIDA C ECHIVERRI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 12881 LUZVIDA C ECHIVERRI